# United States Court of Appeals for the Federal Circuit

October 23, 2015

**ERRATA**

Appeal No. 2014-5127

**LOUIS J. BALESTRA, JR., PHYLLIS BALESTRA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

Decided: October 13, 2015
Precedential Opinion

Please make the following changes:

Page 6, lines 21–22, change "The trial court also denied as moot the Balestras' motion to amend their complaint to add a defense." to "The trial court also denied the Government's motion to amend the answer to add a defense."

Page 18, line 33 to page 19, line 2, change "With regard to the trial court's denial of the Balestras' motion to amend their complaint, we agree with the trial court that, in light of the disposition of their case, the motion is moot." to "With regard to the trial court's denial of the Government's motion to amend the answer, we agree with the

trial court that, in light of the disposition of the case, the motion is moot."